**Order entered July 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-00235-CV

**MARTIN, WILLIAM, Appellant**

**V.**

**PLAINSCAPITAL BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01773-2008**

## ORDER

The parties' joint motion for leave to file supplemental briefs on remand is **GRANTED**.

The parties are directed to file supplemental briefs limited to 2400 words by August 7, 2015 and

response briefs limited to 2400 words by August 31, 2015.


/s/  DAVID L. BRIDGES
    JUSTICE